**UNITED STATES COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**TOM MAHONEY, individually**
**and on behalf of a class,**

    **Plaintiff,**

**v.**                                                              **CASE NO.:  2:19-cv-201-SPC-UAM**

**DYNAMIC RECOVERY**
**SOLUTIONS LLCDYNAMIC RECOVERY**
**SOLUTIONS LLC,**

    **Defendant.**
_____/

<u>**NOTICE OF VOLUNTARY DISMISSALWITHOUT PREJUDICE**</u>

    Plaintiff, TOM MAHONEY, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action without prejudice, and with each party to bear its own attorney's fees, costs and disbursements.

    Dated this 18th day of April, 2019.

                                                           Respectfully submitted,

                                                           */s/Brandon J. Hill*
                                                           **Brandon J. Hill**
                                                            Florida Bar No.37061
                                                            Wenzel Fenton Cabassa P.A.
                                                            1110 N. Florida Avenue, Suite 300
                                                            Tampa, Florida 33602
                                                            Main No.: 813-224-0431
                                                           Direct No.: (813) 337-7992
                                                           Facsimile No.: 813-229-8712
                                                           Email: bhill@wfclaw.com
                                                           Email: twells@wfclaw.com
                                                           **Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 18th day of April, 2019, the foregoing was electronically filed using the Florida Courts E-Filing Portal, which will send a notice of electronic filing to:

Jenna Williams, Esquire
The Echols Firm, LLC
115 Oakland Ave., Suite 102
Rock Hill, SC 29731
Email: allison.morris@theecholsfirm.com

>  */s/Brandon J. Hill*
>  **Brandon J. Hill**